917 F.2d 1301
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael Eugene HUNT, Petitioner-Appellant,
v.
Talmadge BARNETT, Superintendent; Attorney General of the
State of North Carolina, Respondents-Appellees.
 No. 89-6525.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 6, 1990.
Decided Nov. 9, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-88-422-HC)
 Michael Eugene Hunt, appellant pro se.
 Richard Norwood League, Office of the Attorney General of North Carolina, Raleigh, N.C., for appellees.
 E.D.N.C.
 DISMISSED.
 Before K.K. HALL, PHILLIPS and MURNAGHAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Michael Eugene Hunt seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Hunt v. Barnett, CA-88-422-HC (E.D.N.C. Feb. 1, 1989). We deny Hunt's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED